PROUGH LAW, APC
Michael D. Prough (SBN 168741)
mdp@proughlaw.com
Dean C. Burnick (SBN 146914)
dcb@proughlaw.com
1550 Parkside Drive, Suite 200
Walnut Creek, CA 94596
Telephone: (925) 433-5894
Facsimile: (925) 482-0929

For Defendants NORTH AMERICAN
CAPACITY INSURANCE COMPANY, SWISS
RE CORPORATE SOLUTIONS CAPACITY
INSURANCE CORPORATION, and GOLDEN
BEAR MANAGEMENT CORPORATION

RILEY SAFER HOLMES & CANCILA, LLP
Jennifer Steeve (SBN 308082)
jsteee@rshc-law.com
Jasmeen Baine (SBN 353117)
jbains@rshc-law.com
100 Spectrum Center Drive, Suite 650
Irvine, CA 92618
Telephone:  (949) 359-5500
Facsimile:   (949) 359-5501

Attorneys for Plaintiff
NOVA CASUALTY COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA CASUALTY COMPANY, a New York Corporation, <br><br> Plaintiff, <br><br> v. <br><br> NORTH AMERICAN CAPACITY INSURANCE COMPANY, a New Hampshire corporation; SWISS RE CORPORATE SOLUTIONS CAPACITY INSURANCE CORPORATION, a Missouri corporation, GOLDEN BEAR MANAGEMENT CORPORATION, a California corporation, and DOES 1-10, inclusive, <br><br> Defendants. | Case No.  2:26-cv-04601-MWF (AYP) <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br><br> Complaint served: May 15, 2026 <br> Response due: June 5, 2026 <br> New Response: July 6, 2026 |

Pursuant to Local Rule 8-3, plaintiff Nova Casualty Company ("Plaintiff")

PROUGH LAW, APC

1

and defendants North American Capacity Insurance Company, Swiss Re Corporation Solutions Capacity Insurance Company, and Golden Bear Management Corporation ("Defendants") stipulate and agree that the last day for Defendants to file their response to Plaintiff's Complaint For Equitable Contribution, Equitable Subrogation, Bad Faith/Breach of the Covenant of Good Faith and Fair Dealing, Violation of California Insurance Code §2695.5, Violation of California Insurance Code §790.03, and Declaratory Relief is extended to July 6, 2026.

No extension of time to respond has been previously requested.

IT IS SO STIPULATED.

DATED: June 5, 2026                    PROUGH LAW, APC


By: */s/ Michael D. Prough*

Attorneys for Defendants
North American Capacity Insurance
Company, Swiss Re Corporate
Solutions Capacity Insurance Company,
and Golden Bear Management
Corporation

DATED: June 5, 2026                    RILEY SAFER HOLMES &
                                       CANCILA, LLP


By: */s/ Jennifer Steeve*
    Jennifer Steeve

Attorneys for Plaintiff
Nova Casualty Company

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)

## <u>SIGNATURE ATTESTATION</u>

Pursuant to L.R. 5-4.3.4, all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 5, 2026                           PROUGH LAW, APC


By: */s/Michael D. Prough*

Attorneys for Defendants
North American Capacity Insurance
Company, Swiss Re Corporate Solutions
Capacity Insurance Company, and
Golden Bear Management Corporation

PROUGH LAW, APC

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)